UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-03929-FMC-VBKx | Date | February 25, 2008 |
|---|---|---|---|
| Title | Robert E Miles v. Ira Post Posnansky et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE re DISMISSAL FOR LACK OF PROSECUTION and ORDER TO CORRECT DEFICIENCY  (In Chambers)

The Court, on its own motion, ORDERS that counsel for plaintiff show cause in writing on or before **April 25, 2008**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

   **-proof of service of summons and complaint as to defendants:**

   Fig Tree Communications Inc
   Ehrich Van Lowe
   Kaj Goldberg
   Sweet Lorraine Productions Inc
   Dick Clark
   Dick Clark Productions Inc

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of counsel's response.  Failure to respond to the Court's order may result in the dismissal of the action.

On June 20, 2007,  Plaintiff filed its Motion for Entry of Default against defendants Ira Post Posnansky, **Charles Bayne also known as Charles Taylor and Charles Bernard**.  The Notice of Deficiency Default/Default Judgment was filed on July 3, 2007 [25] as to **Charled Bernard**.

The Court hereby directs Plaintiff to file a Renewed Application **as to defendant Bernard**, with noted deficiencies corrected, no later than **April 25, 2008.**

: N/A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-03929-FMC-VBKx | Date | February 25, 2008 |
|---|---|---|---|
| Title | Robert E Miles v. Ira Post Posnansky et al | | |

Initials of Preparer    AM