UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT E. MILES, | ) | 2:06-cv-03929-FMC-VBKx |
| | ) | |
| Plaintiff(s), | ) | AMENDED JUDGMENT |
| vs. | ) | |
| | ) | |
| IRA P. POSNANSKY, et al., | ) | |
| Defendant(s). | ) | |

On October 23, 2007, the Court entered Default Judgment against defendant, Ira Post Posnansky. On November 30, 2007, Judgment by default was entered against defendant, Charlie Taylor.

Those Judgment are hereby amended and superseded.

The following FINAL JUDGMENT is hereby entered:

Defendants having been duly served and having failed to appear in this action, and their defaults having been entered, Judgment is hereby rendered in favor of plaintiff and against defendants, IRA POST POSNANSKY and CHARLIE TAYLOR, also known as CHARLES BERNARD, also known as CHARLES BAYNES, as follows:

1. Damages in the amount of $80,000;

2. Interest pursuant to the terms of the contract at the rate of 10% per annum

1 | from January 1, 2002, to November 30, 2007 ($55,298);

2 |    3.  Costs of suit in the amount of $1,055.

3 | Total amount of the Judgment is $136,364, plus interest from the date of the
4 | Judgment according to law.

5 | Liability for this Judgment is joint and several among all defendants.

6 | Dated: August 27, 2008.

_____
FLORENCE-MARIE COOPER
United States District Court Judge